UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAVONG SINGHAVARA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | No. 25 C 12466 |
| v. | ) | |
| | ) | |
| | ) | Judge Rowland |
| KRISTI NOEM, in her official capacity as | ) | |
| Attorney General of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

In order for respondents to pursue appeal, respondents request that this court enter a final judgment in favor of petitioner. Respondents also request that the judgment reflect that this court ordered respondents to release the petitioner after granting his petition for habeas corpus.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
    JOSHUA S. PRESS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7625
    joshua.press@usdoj.gov